In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-196 CV


____________________



IN THE INTEREST OF Q.R.L.S., JR.






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 04-11-09195-CV






MEMORANDUM OPINION


 The appellant, Quinn Robert Lee Sandel, filed a motion to dismiss this appeal. The
Court finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of
appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 


 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered December 28, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.